**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DIANA LYNN STERLING- NIZICH, TRUSTEE FOR THE SNIDER FAMILY TRUST<br><br>Plaintiff,<br><br>vs.<br><br>SECURITY NATIONAL INSURANCE COMPANY, a Delaware corporation,<br><br>Defendant. | Case No.:  8:24-cv-00580-FWS-KES<br><br>**JUDGMENT** |

This matter came before the court on Plaintiff's Motion for Summary Judgment.  (Dkt. 17; *see* Dkt. 19-1 (Corrected Memorandum in Support of the Motion) ("Motion").)  Defendant filed an opposition to the Motion in which Defendant "request[ed] that this Court *sua sponte* enter summary judgment in favor of [Defendant] as the non-moving party pursuant to Federal Rule of Civil Procedure 56(f) and the Honorable Judge Slaughter's Civil Standing Order."  (Dkt. 22 at 1.)  On October 10, 2024, the court denied the Motion and granted summary judgment in

1  Defendant's favor under Rule 56(f).  In accordance with the court's order, **IT IS**
2  **HEREBY ORDERED** that judgment is entered on Plaintiff's Complaint in favor of
3  Defendant and against Plaintiff.  Plaintiff shall take nothing on her Complaint against
4  Defendant.

Dated:  October 10, 2024

                                          Hon. Fred W. Slaughter
                                          UNITED STATES DISTRICT JUDGE